UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAYE SMITH,

        Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

Case No.  25-cv-00719-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Granting Motions to Dismiss,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 22nd day of April, 2026.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.